IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD N. TOTARO, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>H.J. MARBERRY, Warden, )<br>)<br>Respondent. ) | Civil Action No. 07-109 Erie |

**ORDER**

AND NOW, this 15th day of July, 2008, upon consideration of the Petitioner's "Motion For Stay of Order" [Doc. No. 18];

It is hereby ORDERED that the Motion is DENIED. The Court reviewed the Petitioner's objections to the Magistrate Judge's Report and Recommendation prior to entering its Order of July 7, 2008 adopting the same.

                                                                            s/ Sean J. McLaughlin
                                                                            United States District Judge

cm: All parties of record.